```
_____ FILED    _____ LODGED
         _____ RECEIVED

           Aug 18, 2016

      CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY_____ DEPUTY
```

# UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF WASHINGTON
### AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>EDGARDO YUMUL,<br><br>Defendant. | NO. CR16-5409-BHS<br><br>**INFORMATION** |

The United States Attorney charges that:

## COUNT 1
### (Theft of Public Funds)

Beginning in or about June 2004, and continuing through about June 2015, at Vancouver, within the Western District of Washington, and elsewhere, the defendant, EDGARDO YUMUL, did willfully and knowingly embezzle, steal and convert to his own use and the use of another money of the United States, namely, Supplemental Security Income benefit payments and federal funds administered by the Washington State Department of Social and Health Services, having an aggregate value of approximately one hundred one thousand dollars ($101,000), with the intent to deprive

INFORMATION/YUMUL - 1

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1 | the United States of the use and benefit of that money.

2 | All in violation of Title 18, United States Code, Sections 641 and 2.

4 | DATED: August 18, 2016

*[signature]*
ANNETTE L. HAYES
United States Attorney

*[signature]*
JAMES D. OESTERLE
Assistant United States Attorney

*[signature]*
BENJAMIN T. DIGGS
Special Assistant United States Attorney

INFORMATION/YUMUL - 2

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970